### Commonwealth *v.* Woods, Appellant.

Argued Sep-

tember 15, 1969. *David B. Fitzgerald,* Public Defender, for appellant; *Richard A. Devlin,* Assistant District Attorney, with him *Stewart J. Greenleaf,* Assistant District Attorney, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.